**Brendell LEVI, Petitioner—Appellant,**

v.

**Ernie ROE, Warden, Respondent— Appellee.**

**No. 04–15440.**

**D.C. No. CV–00–03506–CW.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 8, 2004.

Decided Jan. 24, 2005.

Shawn Halbert, Oakland, CA, for Petitioner–Appellant.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Gregory A. Ott, Amy Haddix, Attorney General, Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

Before KOZINSKI, W. FLETCHER, and BYBEE, Circuit Judges.

## MEMORANDUM*

The appellant failed to demonstrate that the prosecutor's exercise of peremptory challenges raised an inference of racial discrimination sufficient to establish a prima facie case for purposes of *Batson v. Kentucky,* 476 U.S. 79, 96–97, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986). In addition, the state courts' decisions, finding that appellant failed to demonstrate a constitutional violation stemming from a juror's recollection of the crime scene during deliberations, were neither contrary to nor unreasonable applications of clearly established federal law. *See* 28 U.S.C. § 2254(d).

**AFFIRMED.**

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).